AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Breyer, Charles R. | N.D. of California | 05/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge, Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

US District Court
450 Golden Gate Ave, 17th Fl
San Francisco, Ca. 94102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Berkeley Law UC Boalt Hall Alumni Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | UC Hasting College of the Law | $5,814.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Salary - City Arts & Lectures, Inc |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pepperdine University | 03/16/11 - 03/17/11 | Malibu, California | Professional Association | Meals, travel and hotel |
| 2. | Duke University | 06/17/10 | Napa, California | Educational Activities (not judical) | Meals, travel and hotel |
| 3. | Chemonics Int'l | 12/03/11 - 12/07/11 | Kiev, Ukraine | Educational Activities (Non-FJC) | Meals, travel and hotel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | C. Packer & E J Roberts Trusts | Mortgage - Fresno Industrial Park (Pt VII, Item 9) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  WFB Money Market Fund | A | Dividend | J | T | | | | | was Overland Express |
| 2.  Fidelity Muni Money Market | A | Dividend | J | T | | | | | was Piper Jaffrey |
| 3.  Wells Fargo Bank, Larkspur, California | A | Interest | J | T | | | | | |
| 4.  Wells Fargo Bank, San Francisco, California | A | Interest | J | T | | | | | |
| 5.  Pacific Gas & Electric | B | Dividend | K | T | | | | | |
| 6.  Nike, common stock (Y) | | | | | | | | | |
| 7.  First Nigara Group | A | Dividend | J | T | | | | | |
| 8.  U.S. Bancorp | A | Dividend | L | T | | | | | |
| 9.  Vanguard Intermediate Term | A | Dividend | J | T | | | | | |
| 10.  Vacation Cabin, Norden, California | | None | J | W | | | | | |
| 11.  Fresno Industrial Park (Formerly Rental) | | None | N | W | | | | | Still own, but no income |
| 12.  IRA #1 (Items 13 - 38) | | | | | | | | | |
| 13.  Berkshire Hathaway Cl "B" | | None | L | T | | | | | |
| 14.  Columbia Acorn | C | Dividend | L | T | | | | | |
| 15.  Westport Select Cap Fund | | None | | | Sold | 01/03/11 | L | A | |
| 16.  Harbor Int'l Fund | | None | | | Sold | 01/03/11 | L | A | |
| 17.  Third Avenue Int'l Fund | B | Dividend | L | T | Sold (part) | 12/01/11 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 5 of 9

Name of Person Reporting

Breyer, Charles R.

Date of Report

05/15/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Blackrock Inflation Pro Bond Port | D | Dividend | N | T | | | | | |
| 19. Global Macro Fund | B | Dividend | K | T | | | | | |
| 20. Permanent Portfolio Fund | A | Dividend | L | T | | | | | |
| 21. IShares MSCI EAFE Index | B | Dividend | K | T | Sold (part) | 12/05/11 | K | A | |
| 22. IShares Barclays Treasury Inflation | D | Dividend | N | T | Sold (part) | 02/18/11 | N | D | |
| 23. IShares TR MSCI Emerging Markets Index | A | Dividend | K | T | | | | | |
| 24. IShares IBOXX $ Investor | D | Dividend | M | T | | | | | |
| 25. IShares S&P North American Natural | A | Dividend | L | T | | | | | |
| 26. IShares Tr Russell Midcap Index | B | Dividend | L | T | | | | | |
| 27. IShares Tr Russell 1000 Value Index | A | Dividend | | | Sold | 12/05/11 | M | E | |
| 28. IShares Tr Russell 1000 Growth Index | D | Dividend | M | T | | | | | |
| 29. IShares Tr Russell 2000 Index | A | Dividend | N | T | Buy (add'l) | 12/06/11 | L | | Name change was 1000 Index |
| 30. Pimco Total Return | D | Dividend | M | T | | | | | |
| 31. Templeton Global Bond | D | Dividend | M | T | | | | | |
| 32. Fidelity Cash Reserves | A | Dividend | N | T | | | | | |
| 33. Stadion Managed Portfolio | | None | | | Buy | 02/22/11 | L | | |
| 34. See item 36 above | | None | | | Sold | 11/21/11 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Floating Rate High Income | C | Dividend | M | T | Buy | 02/22/11 | M | | |
| 36. Fidelity High Income | D | Dividend | L | T | Buy | 02/22/11 | L | | |
| 37. Princeton Futires Strategy | | None | K | T | Buy | 11/22/11 | K | | |
| 38. Vanguard Appreciation Index FD Viper | B | Dividend | N | T | Buy | 12/06/11 | M | | |
| 39. Wells Fargo Bank, San Francisco, California | A | Interest | | | Merged (with line 4) | 06/30/11 | J | | |
| 40. Wells Fargo Bank, San Francisco, California (Fresno Rental) | A | Interest | | | Merged (with line 4) | 06/30/11 | J | | |
| 41. IRA #2 (42 - 51) | | | | | | | | | |
| 42. IShares Barclays US Aggregate Bond | B | Dividend | N | T | | | | | |
| 43. IShares Russell 1000 Growth | | None | J | T | Buy | 12/06/11 | J | | |
| 44. Primecap Odyssey Growth | A | Dividend | J | T | | | | | |
| 45. Global Macro Fund | A | Dividend | L | T | | | | | |
| 46. Permanent Portfolio Fund | A | Dividend | L | T | | | | | |
| 47. Select American Shares | A | Dividend | J | T | | | | | |
| 48. Schroder Muni Bond | A | Interest | | | Sold | 04/06/11 | K | A | |
| 49. Schroder Short Term Bond | A | Interest | | | Sold | 01/28/11 | K | A | |
| 50. Westport Select Funds | | None | | | Sold | 02/01/11 | J | A | |
| 51. Fidelity Money Fund | A | Dividend | J | T | | | | | was Dreyfus Treasury |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Breyer, Charles R. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | UC Hastings Retirment Plan (no control) | | None | J | W | | | | | See Note 2 in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Notes

1. All dividends (both regular and capital gain) were reinvested for the mutual funds shown on Part VII which results in a minor increase in the number of shares held,
   even though no specific buy of additional shares is shown.

2. UC Hastings rretirement will provide either a monthly payment or lump sum payment upon retirement (no longer teaching there). Value is estimated (no current documents received regarding value) but has been a member for a couple of years, but his total contribution (all years) has been less than $3,000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Charles R. Breyer**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544